

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CLAYTON EDWARD JOHNSON, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § | CIVIL ACTION NO. 9:18-CV-00092-RC |
| MILTON WAYNE PURVIS, PCT 3 COUNTY COMMISSIONER, | | |
| Defendant. | | |

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The District Court referred this civil action to the undersigned United States Magistrate Judge for pretrial management pursuant to 28 U.S.C. § 636. The Plaintiff filed the above-styled action *pro se*. On October 26, 2018, Judge Giblin entered his report and recommendation (Doc. 4), recommending that the District Court dismiss Plaintiff's claim for want of prosecution. Plaintiff confirmed receipt of the report and recommendation on November 6, 2018. (Doc. 5).

To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with the Magistrate Judge's findings and conclusions and adopts Judge Giblin's report as the findings and conclusions of the Court.

The Court therefore **ORDERS** that Judge Giblin's Report and Recommendation (Doc. 4) is adopted. It is further **ORDERED** that the Plaintiff's complaint is dismissed without prejudice for want of prosecution. The Clerk is directed to **CLOSE** this case pursuant to this order of dismissal.

So **ORDERED** and **SIGNED** **December 19, 2018.**

_____
Ron Clark, Senior District Judge